1

1. Attorney's General office of Maine
2. Aaron Fey Attorney General
3. Johanna Gauvreau Assistant attorney general
4. Katie Dahers assistant attorney general

5. Howard Johnson by wyndham hotel in South portland, Maine 675 Main street
6. Howard Johnson by wyndham hotel manager and employees on duty 9.23.2021 - 9.24.2021 who assisted illegal investigation.

7. Maine Drug Enforcement Ageny
8. Director Roy E. McKinney
9. MDEA agent Jeffrey Warren
10. MDEA agent Matt Morrison
11. MDEA agent Mark Steele
12. MDEA agent Dean R. Hannon II
13. MDEA Agent Kevin Cashman
14. MDEA Commander of agents

15. Justice of peace Matt Tice

16. City of Portland
17. Portland Police Department
18. Portland police officer Rozzi
19. Portland Police officer Hurley

2

20 Portland police officer Richard
21 any other portland police that assist that are not known at time.

22 City of South Portland
23 South Portland police officer Peters
24 Geoffrey Edwards
25 Eric Young
26 Anthony Verville
27 South Portland police Department

28 State of Maine
29 Cumberland County Court
30 Cumberland County Superior Court
31 all Justices involved with docket CR-21-04085 at Cumberl County Superior Court.
32 Justice Maria Woodman
33 Bail Bondsman who set initial excessive bail of 65,000$

34 Maine Commission on indigent legal Services
35 Justin Andrus Executive Director
36 Attorney Jon Gale
37 Attorney James Howaniec
38 attorney Jeffrey Langholtz

3

39 Peter Richard
40 Attorney David Bobrow
41 Attorney Andrew Edwards
42 Attorney Daniel Feldman

I wish to take civil actions on the above named Agencies and parties. As the person and official capacity.

Noah Brewington
4.3.2023

*Noah B[signature]*