1

Relief

From each Agency / organization I
list I seek the following

MDEA: 1) 2,000,000$
2) Reform Promise
3) Bodycam mandate
4) Public apology


State of Maine / Ag office: 1) 2,000,000$
2) Reform Promise
3) Public apology


Howard Johnson by Wyndham: 1)  2,000,000$
2) Privacy Policy reform
3) Public Apology


City of Portland / Portland Police Department:
1) 2,000,000 $
2) Reform Promise
3) Public apology


City of South Portland / Sout portland Police
   Department
1) 2,000,000$
2) Reform promise
3) Public apology

2   Relief

Cumberland County Court District /
Cumberland County Superior Court:

1) 2,000,000 $
2) Judicial reform
3) Public apology

(MCILS) Maine Commission on indigent
legal services:

1) 2,000,000 $
2) Agency reform
3) Public Apology

2,000,000 = Two million dollars (USD)
/ = Both parties named

I am writing this pro se so I am
making a total number in cash
damages assuming that the record shows
I am suing the agencies employees also.
But if I have to individualize I will
prepare a new relief if court will allow
me to amend

3

Noah Brewington
4.3.2023
Noah Brewington