Right to Counsel
Maine Constitution
Article 1 Section 6. Rights of persons accused.

- In all criminal ~~proceedings~~ prosecutions, the accused shall have a right to be heard by the accused and counsel to the accused, or either, at the election of the accused;
- To demand the nature and cause of the accusation, and have a copy thereof;
- To be confronted by the witnesses against the accused;
- To have compulsory process for obtaining witnesses in favor of the accused;
- To have a speedy, public, and impartial trial,

Noah Brewington
4.3.2023
Noah Brewington