Death with Dignity

○ If i'm not allowed to exercise my Constitutional and human rights, I ask that I be allowed to be eligible for medical suicide. My time in Cumberland County Jail made me realize as a Black man in Maine's criminal Justice System I am less than human. The ignorance by the government Officials on the State level and refusal to remedy the ~~Constitution~~ Constitutional and human rights Violations I only ask ~~~~ to have dignity in death. IF I Cannot exercise my rights and be provided equal protection of law like my fellow American Citizens I have no desire to live.

Noah Brewington
4.3.2023
Noah B.