I Noah Brewington would like to appeal the decision made by the Magistrate to a higher authority. 2:23-CV-00156-GZS.

Noah Brewington

Noah Brewington

5/9/2023

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2023 MAY -9  P 2: 29

DEPUTY CLERK