UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| NOAH BREWINGTON<br>Plaintiff, | )<br>)<br>) |
| v. | ) Civil No. 2:23-cv-00156-GZS<br>) |
| ROY E. MCKINNEY, et al<br>Defendants, | )<br>) |

## JUDGMENT

In accordance with the Order Affirming Recommended Decision entered by U.S. District Judge George Z. Singal on May 11, 2023,

JUDGMENT of dismissal without prejudice is hereby entered.

                                                                   CHRISTA K. BERRY
                                                                   CLERK


                                      By:    /s/ Lindsey Tully
                                                      Deputy Clerk

Dated: May 11, 2023