UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| NOAH BREWINGTON | ) |
| | ) |
| v. | ) CIVIL NO. 2:23-cv-00156-GZS |
| | ) |
| ROY E. MCKINNEY, et al | ) |

## CLERK'S CIVIL CERTIFICATE

I, Christa K. Berry, Clerk of the United States District Court for the District of Maine, hereby certify that the following are hereby electronically transmitted to the First Circuit Court of Appeals and constitute the Abbreviated record on appeal:

Documents Numbered:  11   Appeal Cover Sheet
                                          12   Clerk's Certificate
                                          10   Notice of Appeal
                                          9     Judgment

I hereby certify that the record and docket sheet available through ECF to be the certified record and docket entries. All non-electronic documents of record have been forwarded this date with a copy of this Certificate.

Non-Electronic Documents: N/A

Dated *June 13, 2023.*

                                                           CHRISTA K. BERRY, Clerk

                                 By:     /s/ Lindsey Tully
                                            Case Manager