OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
202 HARLOW STREET
BANGOR, MAINE 04401

OFFICIAL BUSINESS

U.S. DISTRICT COURT
DISTRICT OF MAINE
BANGOR
RECEIVED & FILED

2023 JUN 22 P 1: 21

DEPUTY CLERK

EASTERN MAINE 044
11 MAY 2023 PM 2 L

$000.60
02 1P
0002020529  MAY 11 2023
MAILED FROM ZIP CODE 04401

USMS

NOAH BREWINGTON

NIXIE     615    DE 1          0006/26/23
            RETURN TO SENDER
               UNCLAIMED
            UNABLE TO FORWARD

BC: 04401490199       *0922-07091-11-41