# United States Court of Appeals
## For the First Circuit

No. 23-1505
D.C. No. 2:23-cv-00156-GZS

NOAH BREWINGTON,

Plaintiff - Appellant,

v.

ROY E. MCKINNEY, Director, MDEA; AARON FREY, Maine Attorney General; HOWARD JOHNSON BY WYNDHAM; MATT TICE, Justice of the Peace; MAINE ATTORNEY GENERAL'S OFFICE; JOHANNA GAUVREAU, former Assistant Attorney General; KATIE DAKERS, Assistant Attorney General; MAINE DRUG ENFORCEMENT AGENCY; JEFFREY WARREN, Special Agent, MDEA; MATT MORRISON, Special Agent, MDEA; MARK STEELE, Special Agent, MDEA; DEAN R. HANNON, II, Special Agent, MDEA; KEVIN CASHMAN, Supervisory Special Agent, MDEA; MDEA COMMANDER OF AGENTS; CITY OF PORTLAND; PORTLAND POLICE DEPARTMENT; FNU ROZZI, Officer, Portland Police Department; FNU HURLEY, Officer, Portland Police Department; FNU RICHARD, Officer, Portland Police Department; CITY OF SOUTH PORTLAND; FNU PETERS, Officer, South Portland Police Department; GEOFFREY EDWARDS; ERIC YOUNG; ANTHONY VERVILLE; SOUTH PORTLAND POLICE DEPARTMENT; STATE OF MAINE; CUMBERLAND COUNTY COURT; CUMBERLAND COUNTY SUPERIOR COURT; MARIA WOODMAN, Justice; MAINE COMMISSION ON INDIGENT LEGAL SERVICES; JUSTIN ANDRUS, Executive Director; JON GALE, Attorney; JAMES HOWANIEC, Attorney; JEFFREY LANGHOLTZ, Attorney; PETER RICHARD; DAVID BOBROW, Attorney; ANDREW EDWARDS, Attorney; DANIEL FELDMAN, Attorney; HOWARD JOHNSON BY WYNDHAM HOTEL MANAGER & EMPLOYEES; ANY OTHER PORTLAND POLICE ASSISTING; ALL JUSTICES INVOLVED WITH DOCKET CR-21-04085; BAIL BONDSMAN,

Defendants - Appellees.

**JUDGMENT**

Entered: September 6, 2023
Pursuant to 1st Cir. R. 27.0(d)

On **August 2, 2023**, this court issued an order directing the appellant to either pay the $505.00 filing fee or to file a compliant request to appeal with in forma pauperis (IFP) status before

the district court. Appellant was notified that failure to take either action would result in this case being dismissed for lack of prosecution pursuant to Local Rule 3.0(b).

A review of the district court docket sheet does not reflect payment of the filing fee nor the filing of a request for in forma pauperis status. This appeal is, therefore, dismissed for lack of prosecution.

By the Court:

Maria R. Hamilton, Clerk

cc:
Noah J. Brewington
Aaron M. Frey